# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130559
(63)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE CONTEMPT OF MARK ALLEN
MURDOCK
_____

AMERICAN AXLE & MANUFACTURING,
INC.,
        Plaintiff-Appellee,

v

MARK ALLEN MURDOCK, and
JUANITA DENISE MURDOCK,
        Defendants-Appellants.

_____/

SC: 130559
COA: 262786
Wayne CC:  03-320706-CZ

On order of the Court, the motion for reconsideration of this Court's order of April 28, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006
l0619
              Clerk